# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0514
LT Case No. 16-2013-CF-005960-A

_____

ARBEN BREGU,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Tatiana R. Salvador, Judge.

William Mallory Kent, of Kent & McFarland Attorneys at Law,
Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Michael Schaub,
Assistant Attorney General, Tallahassee, for Appellee.

July 16, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____